# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WILLIAM LINDALA,

    Plaintiff,

v.

RESURGENT CAPITAL SERVICES LP and LVNV FUNDING LLC,

    Defendants.

Case No. 19-CV-1410-JPS

**ORDER**

On February 4, 2020, Plaintiff filed a notice of voluntary dismissal of this action with prejudice. (Docket #18). As Defendant has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #18) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 4th day of February, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge